UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | 2:21-cv-06311-DDP-JEM | Date | January 24, 2022 |
|---|---|---|---|
| Title | GHP Management Corporation et al v. City of Los Angeles | | |

Present: The Honorable  DEAN D. PREGERSON, UNITED STATES DISTRICT JUDGE

| Patricia Gomez | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Douglas J. Dennington | Elaine Zhong |
| | Ryan Kendall |

**Proceedings:**   MOTION TO DISMISS [17]
MOTION TO DISMISS CASE [43]
VIA TELEPHONE CONFERENCE

Case called, counsel state their appearance. Court and counsel confer as reflected on the record. The matter is taken under submission.

IT IS SO ORDERED.

:   49

Initials of Preparer   PG