1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

OFFICE OF THE LOS ANGELES CITY ATTORNEY
MICHAEL N. FEUER, City Attorney
CRAIG TAKENAKA (SBN 128898)
DEBORAH BREITHAUPT (SBN 170206)
ELAINE ZHONG (SBN 286394)
City Hall, 200 North Spring Street, 21st Floor
Los Angeles, California 90012
Telephone: (213) 922-7715
Facsimile: (213) 978-7957
Email:  Elaine.Zhong@lacity.org

Attorneys for Defendant
CITY OF LOS ANGELES

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

GHP MANAGEMENT CORP. et al.,

            Plaintiffs,

      vs.

CITY OF LOS ANGELES,

         Defendant.

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 2:21-cv-06311-DDP-JEM
*Honorable Dean D. Pregerson*

**DEFENDANT CITY OF LOS ANGELES'S NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF MOTION TO DISMISS (ECF No. 17)**

1

NOTICE OF SUPPLEMENTAL AUTHORITY

**NOTICE OF SUPPLEMENTAL AUTHORITY**

The City of Los Angeles respectfully submits this Notice of Supplemental Authority to apprise the Court of California Assembly Bill 2179's passage.

On March 31, 2022, the State of California passed Assembly Bill 2179[1] to amend certain sections of the California Code of Civil Procedure ("CCP") on evictions for unpaid COVID-19-related rent.  AB 2179 affects the discussion at pages 2, 5–7, and 12–13 of the City's Memorandum in Support of its Motion to Dismiss (ECF No. 17) and pages 5–6 of the City's Reply (ECF No. 40).

As relevant here, AB 2179 amends CCP Section 1179.11 by prohibiting courts, through July 1, 2022, from issuing summonses or entering judgment in unlawful detainer actions for unpaid COVID-19-related rent when the tenant or landlord applied for rental assistance before April 1, 2022, and a determination on the application is pending.

AB 2179 also amends CCP 1179.05 relating to preemption of local ordinances. Now, any extension, renewal, or new measure, "however delineated," by a locality cannot take effect until July 1, 2022.  CCP § 1179.05.a.1.  For localities whose ordinances include a repayment period, such as the City of Los Angeles, that period must not extend beyond August 31, 2023.  *Id.* § 1179.05.a.2.C.  Therefore, at present, rent owed under the City's law must be paid within twelve months of the expiration of the local emergency or August 1, 2023, whichever is earlier.  *Id.* §§ 1179.05.a.2.B, 1179.05.a.2.C.

///

///

---

[1] AB 2179 is available at California Legislative Information, https://leginfo.legislature.ca.gov/faces/billNavClient.xhtml?bill_id=202120220AB2179

2

NOTICE OF SUPPLEMENTAL AUTHORITY

1

2

Respectfully submitted,

Dated:  April 5, 2022

3

4

MICHAEL N. FEUER, City Attorney
CRAIG TAKENAKA, Managing Assistant City Attorney
ELAINE ZHONG, Deputy City Attorney

5

6

By:   */s/ Elaine Zhong*
      ELAINE ZHONG
      Deputy City Attorney

7

8

9

Attorneys for Defendant
CITY OF LOS ANGELES

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

3

NOTICE OF SUPPLEMENTAL AUTHORITY