| | |
|---|---|
| 1 | Douglas J. Dennington (State Bar No. 173447) |
| | ddennington@rutan.com |
| 2 | Jayson Parsons (State Bar No. 330458) |
| | jparsons@rutan.com |
| 3 | RUTAN & TUCKER, LLP |
| | 18575 Jamboree Road, 9th Floor |
| 4 | Irvine, CA  92612 |
| | Telephone:  714-641-5100 |
| 5 | Facsimile:  714-546-9035 |
| 6 | Attorneys for Plaintiffs |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | GHP MANAGEMENT CORPORATION, a California corporation  918 BROADWAY ASSOCIATES, LLC, a Delaware limited liability company dba "Broadway Palace Apartments;" LR 9th & BROADWAY, LLC, a California limited liability company dba "Broadway Palace Apartments;" PALMER TEMPLE STREET PROPERTIES, LLC, a California limited liability company dba "The Da Vinci Apartments;" PALMER/CITY CENTER II, L.P., a California limited partnership dba "The Da Vinci Apartments;" PALMER BOSTON STREET PROPERTIES I, L.P., a Delaware limited partnership dba "The Orsini;" PALMER BOSTON STREET PROPERTIES II, L.P., a Delaware limited partnership dba "The Orsini;" PALMER BOSTON STREET PROPERTIES III, L.P., a California limited partnership dba "The Orsini;" BRIDEWELL PROPERTIES, L.P., a California limited partnership dba "Pasadena Park Place;" PALMER ST. PAUL PROPERTIES, L.P., a California limited partnership dba "The Piero Apartments;" PALMER/SIXTH STREET PROPERTIES, L.P., a California limited partnership dba "The Piero Apartments;" FIGTER LTD., a California limited partnership dba "Skyline Terrace Apartments;" WARNER CENTER SUMMIT, LTD, a California limited partnership dba | Case No. 2:21-cv-06311-DDP-(JEMx)<br><br>*Judge:  Dean D. Pregerson*<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANT CITY OF LOS ANGELES'S MOTION TO DISMISS (ECF No. 37) AND PLAINTIFFS' OPPOSITION TO INTERVENORS' MOTION TO DISMISS (ECF No. 47)**<br><br>Date Action Filed:  August 4, 2021<br>Trial Date:  Not Set | |

| | |
|---|---|
| 1 | "Summit at Warner Center;" PALMER/THIRD STREET |
| 2 | PROPERTIES, L.P., a California limited partnership dba "The Visconti |
| 3 | Apartments," |
| 4 | Plaintiffs, |
| 5 | vs. |
| 6 | CITY OF LOS ANGELES, and DOES 1-25, INCLUSIVE, |
| 7 | Defendants. |
| 8 | |

Plaintiffs GHP Management Corporation, et al. (collectively, "Plaintiffs") respectfully submit this Notice of Supplemental Authority to alert the Court to newly-decided authority relevant to the determination of this case.

On April 5, 2022, the Eighth Circuit Court of Appeals published its decision in *Heights Apartments, LLC v. Walz*, No. 21-1278, a copy of which is attached hereto as **Exhibit A**.[1] In *Heights Apartments*, the Court held that the plaintiff had plausibly pled that a Minnesota COVID-19-related eviction moratorium constituted a *per se* physical taking. In so holding, the Court relied on *Cedar Point Nursery v. Hassid* (2021) 141 S.Ct. 2063, and rejected defendants' claims that the case of *Yee v. City of Escondido* (1992) 503 U.S. 519, controlled.

*Heights Apartments* affects the discussion at pages 17–21 of Plaintiffs' Opposition to Defendant City of Los Angeles's Motion to Dismiss (ECF No. 37), and pages 1–5 of Plaintiffs' Opposition to Intervenors' Motion to Dismiss (ECF No. 47).

---

[1] Alternatively, the decision is available at *Heights Apartments, LLC v. Walz*, No. 21-1278, 2022 WL 1009466 (8th Cir. Apr. 5, 2022).

| | | |
|---|---|---|
| 1 | Dated: April 6, 2022 | RUTAN & TUCKER, LLP<br>DOUGLAS J. DENNINGTON<br>JAYSON PARSONS |
| 2 | | |
| 3 | | By: /s/ Douglas J. Dennington |
| 4 | | Douglas J. Dennington<br>Attorneys for Plaintiffs |

Rutan & Tucker, LLP
attorneys at law

2590/036892-0001
17701015.1 a04/06/22

-3-

PLAINTIFFS' NOTICE OF SUPPLEMENTAL
AUTHORITY I/S/O MOTION TO DISMISS