JS-6

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GHP MANAGEMENT CORPORATION, a California corporation, et al., <br><br> Plaintiffs, <br><br> vs. <br><br> CITY OF LOS ANGELES, <br><br> Defendant. | Case No. 21-CV-06311 DDP (JEMx) <br><br> *Honorable Judge Dean D. Pregerson* <br><br> **JUDGMENT OF DISMISSAL** <br><br> Date Action Filed: August 4, 2021 <br> Trial Date: None |

This Court, having issued its November 17, 2022 Order granting the City's and Intervenors' Motions to Dismiss the Complaint of Plaintiffs GHP Management Corporation; 918 Broadway Associates, LLC, dba "Broadway Palace Apartments;" LR 9th & Broadway, LLC, dba "Broadway Palace Apartments;" Palmer Temple Street Properties, LLC, dba "The Da Vinci Apartments;" Palmer/City Center II, L.P., dba "The Da Vinci Apartments;" Palmer Boston Street Properties I, L.P., dba "The Orsini;"

Palmer Boston Street Properties II, L.P., dba "The Orsini;" Palmer Boston Street Properties III, L.P., dba "The Orsini;" Bridewell Properties, L.P., dba "Pasadena Park Place;" Palmer St. Paul Properties, L.P., dba "The Piero Apartments;" Palmer/Sixth Street Properties, L.P., dba "The Piero Apartments;" Figter Ltd., dba "Skyline Terrace Apartments;" Warner Center Summit, Ltd, dba "Summit at Warner Center;" and Palmer/Third Street Properties, L.P., dba "The Visconti Apartments" (collectively, "Plaintiffs"), **IT IS ORDERED, ADJUDGED AND DECREED** that Plaintiffs' Complaint is dismissed with prejudice pursuant to the Court's November 17, 2022 Order.

Dated:  December 29, 2022

_____
Honorable Dean D. Pregerson
United States District Judge